Pacific Law Partners, LLP
15615 Alton Parkway, Suite 240
Irvine, CA 92618
(949) 242-2441 - Facsimile (949) 242-2446

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| BHUPINDER SINGH and NAVJYOT GUJRAL, as individuals and as trustees of THE BDNH LIVING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No: 8:23-cv-00141- JVS−DFM<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [36]**<br><br><br><br><br><br>Complaint filed: November 21, 2022 |

The Court having considered the Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The action is dismissed in its entirety with prejudice; and

1    2. All parties shall bear their own attorneys' fees and costs.

3    IT IS SO ORDERED.

5    DATED: December 12, 2023

                                      JAMES V. SELNA
                                      UNITED STATES DISTRICT COURT JUDGE